```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 35161
   MILDRED M EICHHORN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-2481


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/02/05 and confirmed on 10/28/05.

    2.  The case was converted to Chapter 7 after confirmation, 02/23/2008.

    3.  The Debtor paid a total of $  16872.00 .

    4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG         .00          .00            .00
DISCOVER BANK              UNSECURED        14243.33          .00        3524.37
RESURGENT CAPITAL SERVIC   UNSECURED        34166.38          .00        8454.14
RESURGENT CAPITAL SERVIC   UNSECURED         5253.59          .00        1258.28
ECAST SETTLEMENT CORPORA   UNSECURED         4919.56          .00        1216.45
WELLS FARGO FINANCIAL IN   UNSECURED         1006.78          .00         214.84
         Summary of disbursements:
----------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED    OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00      59589.64      .00       59589.64
PRINCIPAL PAID         .00         .00      14668.08      .00       14668.08
INTEREST PAID          .00         .00           .00      .00            .00
TOTAL PAID             .00         .00      14668.08      .00       14668.08
The Debtor's attorney, DANIEL MOULTON                , was allowed $   1800.00
and was paid $    300.00   direct and $    1500.00   through the plan.

The Trustee received $    703.92 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 05/20/08                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 05 B 35161 MILDRED M EICHHORN
```